**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rogelio Medina DIAZ–BARRIGA,**
**Defendant–Appellant.**

No. 09–30343.

United States Court of Appeals,
Ninth Circuit.

Submitted April 20, 2011.*

Filed April 28, 2011.

Anthony G. Hall, Esquire, Aaron Nicholas Lucoff, Esquire, Office of the U.S. Attorney, Boise, ID, for Plaintiff–Appellee.

Dennis Michael Charney, Charney & Associates, Eagle, ID, for Defendant–Appellant.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Rogelio Medina Diaz–Barriga appeals from the 120–month sentence imposed following his guilty-plea conviction for possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291. We dismiss.

We dismiss the appeal based on the valid and enforceable appeal waiver, which encompasses Diaz–Barriga's right to appeal on the grounds raised, and which was knowingly and voluntarily made. *See United States v. Watson,* 582 F.3d 974, 985–88 (9th Cir.2009); *United States v. VanDoren,* 182 F.3d 1077, 1081 (9th Cir. 1999) (district court satisfied requirements under Fed.R.Crim.P. 11 regarding mandatory minimum penalty). Contrary to Diaz–Barriga's assertion, the government did not waive the appeal waiver.

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.